UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KARA DANELL VIZCARRONDO, *o/b/o* J.J.V.,<br><br>        Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI,[1]<br><br>        Defendant. | CIVIL ACTION NO. 3:20-CV-02367<br><br>(MEHALCHICK, M.J.) |

## ORDER

AND NOW, this 5th day of August, 2022, in accordance with the Memorandum filed concurrently herewith, it is hereby **ORDERED** that the Commissioner's decision to deny Vizcarrondo benefits under Title XVI of the Social Security Act (*see* Doc. 1, at 1-2) is **AFFIRMED**. The Clerk of Court is directed to enter **FINAL JUDGMENT** in favor of the Commissioner and against Vizcarrondo. The Clerk of Court is directed to **CLOSE** this case.

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**Chief United States Magistrate Judge**

---

[1] The Court has amended the caption to replace, as the named defendant, Social Security Commissioner Andrew M. Saul, with his successor, Social Security Commissioner Kilolo Kijakazi. *See* Fed. R. Civ. P. 25(d) ("An action does not abate when a public officer who is a party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending. The officer's successor is automatically substituted as a party.").